IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JAMES T. AYERS, JR.,
          Petitioner,

Case No.  5D16-3776

STATE OF FLORIDA,
          Respondent.

_____/

Opinion filed March 24, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

James T. Ayers, Jr., Wewahitchka, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 9, 2015, judgments and sentences in Case Nos.  2013-CF-1014, 2014-CF-1562, 2014-CF-1613, 2014-CF-1614, 2014-CF-1624, 2014-1625-CF, 2014-1626-CF, 2014-CF-1627, 2014-CF-1628, 2014-CF-1629, 2014-CF-1631, 2014-CF-1633, 2014-CF-1634, and 2014-CF-1635, in the Circuit Court in and for Putnam County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

ORFINGER and EVANDER, JJ., and JACOBUS, B.W., Senior Judge, concur.